CAROLINE L. BROWN et al., Appellants, *v.* CHARLES J.
RICHTER, as Executor, etc., et al., Respondents.

(Argued January 18, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made March 16, 1894, which reversed an inter-

---

* Reported below, 6 Misc. Rep. 132.

locutory judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and ordered judgment absolute in favor of defendants.

*J. A. Dennison* for appellants.

*L. A. Lockwood, G. L. Rives* and *Joseph E. Merrill, Jr.,* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____.